IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL RYAN BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-CV-04147-BCW |
| | ) |
| TASK & PURPOSE, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is Defendant Recurrent Ventures Inc. and Task & Purpose's motion to dismiss Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). (Doc. #10). The Court, being duly advised of the premises, denies said motion as moot.

On December 30, 2022, Defendants filed the instant motion arguing dismissal of the complaint was warranted for lack of diversity jurisdiction or in the alternative for failure to state a claim. (Doc. #10). On January 9, 2023, Plaintiff filed an amended complaint. (Doc. #12). Because Defendants' motion relates to Plaintiff's initial complaint, the motion is denied as moot. If Defendants arguments remain, Defendants may file a motion to dismiss the amended complaint consistent with the Federal Rules of Civil Procedure. Accordingly, it is hereby

ORDERED Defendants' motion to dismiss (Doc. #10) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: January 18, 2023

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT