# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL RYAN BURKE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:22-CV-04147-BCW<br>) |
| TASK & PURPOSE, et al., | )<br>) |
| Defendants. | ) |

## ORDER DIRECTING PLAINTIFF TO SHOW
## CAUSE WHY DEFENDANT SHOULD NOT BE DISMISSED

On October 4, 2022, Plaintiff filed the above captioned matter naming Andrew Milburn as a Defendant. (Doc. #1). On October 31, 2022, a summons was issued to Plaintiff for service of process. As of the date of this Order, Defendant Andrew Milburn has not been served.

Under Fed. R. Civ. P. 4(m), "if a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Accordingly, it is hereby

ORDERED Plaintiff shall show cause, by filing a written response to this Order, within 14 days of entry of this Order, as to why the Court should not dismiss Defendant Andrew Milburn. It is further

ORDERED failure to timely comply with this Order may result in dismissal without prejudice of Defendant Andrew Milburn without further notice.

IT IS SO ORDERED.

DATED: <u>March 22, 2023</u>

<u>/s/ Brian C. Wimes</u>
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT